Case No. 20-6039

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SHANE A. FOX

    Defendant - Appellant


BEFORE:  BOGGS, Circuit Judge; CLAY, Circuit Judge; WHITE, Circuit Judge;


Upon consideration of the Appellant's motion to extend time to file petition for rehearing,

It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.


                                                  **ENTERED BY ORDER OF THE COURT**
                                                Deborah S. Hunt, Clerk

Issued: December 03, 2021